# Third District Court of Appeal

**State of Florida**

Opinion filed December 9, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1481
Lower Tribunal Nos. 93-13003, 93-14594, 93-28735, 93-28795, 93-36282, 93-28739, 93-19049B, and 93-28736

_____

**Hiraldo Valle,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Gina Beovides, Judge.

Hiraldo Valle, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LINDSEY, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.